# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEREMY WEBB,
ADC #144591                                                                                       PLAINTIFF

V.                                  4:13CV00719 JTR

DARRELL FLOWERS, Correctional Officer,
Faulkner County Detention Facility, *et al.*                                     DEFENDANTS

## ORDER

Defendants have filed a Motion for Judgment on the Pleadings and a Brief in Support. *Docs. 34 &35.* Plaintiff must respond to the Motion.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must file, **within thirty days of the entry of this Order**, a Response to Defendant's Motion for Judgment on the Pleadings (*Doc. 34*).

2. Plaintiff is advised that if he fails timely do so this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 12th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE