# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEREMY WEBB,
ADC #144591                                                                               PLAINTIFF

V.                                   4:13CV00719 JTR

DARRELL FLOWERS, Correctional Officer,
Faulkner County Detention Facility, *et al.*                                    DEFENDANTS

## JUDGMENT[1]

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of the Defendants. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 16th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 18, 2014 the parties consented to proceed before a United States Magistrate Judge. *See Doc. 23.*